IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01122–EWN–CBS

LIBERTY COUNSEL, INC., d/b/a Liberty Foundation,
a Florida Not-For-Profit Corporation,

      Plaintiff,

v.

RAMPART LIBRARY DISTRICT BOARD OF TRUSTEES,

      Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Plaintiff's "...Motion for Preliminary Injunction" filed June 16, 2005 is DENIED for failure to comply with D.C.COLO.LCivR 7.1.

Dated: June 20, 2005