IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01122–EWN–CBS

LIBERTY COUNSEL, INC., d/b/a Liberty Foundation,
a Florida Not-For-Profit Corporation,

    Plaintiff,

v.

RAMPART LIBRARY DISTRICT BOARD OF TRUSTEES,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Plaintiff's "Motion for Waiver of Requirement of Posting of Security to Obtain Preliminary Injunction" filed June 16, 2005 is DENIED for failure to comply with D.C.COLO.LCivR 7.1.

Dated: July 12, 2005