IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1122-EWN-CBS

LIBERTY COUNSEL, INC.,
d/b/a Liberty Foundation,
a Florida Not-For-Profit Corporation

    Plaintiff,

v.

RAMPART LIBRARY DISTRICT BOARD
OF TRUSTEES,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, following a review of the parties "Joint Stipulated Motion to Dismiss with Prejudice," as well as the file in this matter, and for good cause shown, hereby grants the parties Motion to Dismiss this matter in every respect, with prejudice, each party to pay all of his, hers or its own costs and attorney's fees in their entirety.

Done this  12th  of September 2005.

                By the Court:

                s/Edward W. Nottingham
                United States District Court Judge